# DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## FOURTH DISTRICT

**BERLIANT BUSINESS BROKERAGE, LLC** d/b/a **FIRST CHOICE BUSINESS BROKERS,**

Appellant,

v.

**THOMAS RYAN** and **SHERRY RYAN,**

Appellees.

No. 4D20-370

[February 18, 2021]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Glenn D. Kelley, Judge; L.T. Case No. 502017CA002862XXXXMB and 502017CA002869XXXXMB.

Scott W. Zappolo of Zappolo & Farwell, P.A., Palm Beach Gardens, for appellant.

Kenneth P. Carman of Carman, Beauchamp, Sang, Gonzales & Philpott, P.A., Boca Raton, for appellees.

PER CURIAM.

*Affirmed.*

LEVINE, C.J., GROSS and ARTAU, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***